1016

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DAVID MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00091-7, Anne Hirsch, J., entered May 5, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

DALE E. ALSAGER, *Appellant*, v. THE BOARD OF OSTEOPATHIC MEDICINE AND SURGERY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-02116-2, Richard D. Hicks, J., entered May 1, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Penoyar, J.

THE STATE OF WASHINGTON, *Respondent*, v. HOA VAN TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 06-1-50256-5, Cameron Mitchell, J., entered September 19, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

THE STATE OF WASHINGTON, *Respondent*, v. IKEIM CHACAR VASTER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01471-2, Harold D. Clarke III, J., entered October 10, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.